Emil Davtyan, Esq. (#299363)
Gregg Lander, Esq. (#194018)
Vanessa M. Ruggles, Esq. (#254031)
Taylor B. Keaster, Esq. (#334715)
D.LAW, INC.
1635 Pontius Avenue, Floor 2
Los Angeles, CA 90025-3361
Tel.: (424) 320-6420 / Fax: (424) 320-6454
Emails: Emil@d.law, Gregg@d.law,
Vanessa@d.law, Taylor@d.law

Attorneys for Plaintiff Jahangir W. Ahmad,
on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR W. AHMAD, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHASTA BEVERAGES, INC., a Delaware corporation; and Does 1 to 50, inclusive,<br><br>    Defendants. | **CLASS ACTION**<br><br>Case No. 2:25-cv-00212-GW-MAA<br><br>**DECLARATION OF JAHANGIR W. AHMAD IN SUPPORT OF PLAINTIFF'S BRIEFING REGARDING SUBJECT MATTER JURISDICTION**<br><br>Date: February 20, 2025<br>Time: 8:30 a.m.<br><br>Honorable George H. Wu<br>Courtroom 9D<br><br>Action filed: November 18, 2024<br>Trial date: None Set |

## DECLARATION OF JAHANGIR W. AHMAD

I, Jahangir W. Ahmad, declare:

   1.   I am a competent adult, over the age of eighteen, and the plaintiff in this action. This Declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

   2.   I worked for Defendant Shasta Beverages, Inc. as a Quality Control Technician from approximately July 19, 2023 to April 10, 2024. I worked in

Shasta's facility at 14405 E. Artesia Blvd., La Mirada, CA 90638.

3. I worked primarily in Shasta's lab, and performed duties relating to quality control. In general, three employees (including myself) worked in the lab at the same time on any given shift.

4. During my approximately eight and a half months of employment, four employees from my lab department separated employment from Shasta.

5. In addition, during my employment, several employees in the mechanic department left Shasta's employment to go work at Monster Energy, a Shasta competitor. These employees were replaced with new employees.

6. In other words, during my employment, I saw that there was turnover among Shasta's employees.

7. During my employment with Shasta, I worked with dozens of people who worked only part-time hours.

8. During my employment with Shasta, approximately three times per week, I was required to wait in line to clock in, for approximately five minutes each day.

9. Attached to this Declaration as Exhibit 1 is a true and correct copy of my Shasta wage statement dated February 16, 2024.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above facts are true and correct.

Executed February 7, 2025, in Riverside, California.

_____
Jahangir W. Ahmad

# EXHIBIT 1

# Statement for Feb 16, 2024

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | DIR |
|-----|------|-------|-------|-----------|-----|
| TMA | 035285 | 1W09CA | N-EXM | 0000070108 | 1 |

SHASTA BEVERAGES, INC
8100 SW 10TH ST
SUITE 4000
FORT LAUDERDALE, FL 33324

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

Social Security Number: XXX-XX-0255

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 29.9500 | 24.00 | 718.80 | 6,460.15 |
| Regular | 30.4500 | 4.55 | 138.55 | |
| Overtime | 44.9250 | 11.88 | 533.71 | 4,381.83 |
| Holiday | | | | 730.80 |
| Lt Meal Punch | | | | 89.85 |
| Gross Pay | | | $1,391.06 | 11,662.63 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -75.18 | 750.91 |
| Social Security Tax | -86.24 | 723.08 |
| Medicare Tax | -20.17 | 169.11 |
| CA State Income Tax | -18.60 | 224.70 |
| CA SDI Tax | -15.30 | 128.29 |

**Other**

| | | |
|---|---|---|
| 401-K | -48.52* | 393.05 |

| | | |
|---|---|---|
| Net Pay | $1,127.05 | |
| Checking #1 | -1,127.05 | |
| Net Check | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,342.54

---

## Earnings Statement

ADP

Period Beginning: 02/04/2024
Period Ending: 02/10/2024
Pay Date: 02/16/2024

JAHANGIR W AHMAD
13026 VIA SALVIA
RIVERSIDE CA 92503

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40.43 | |
| Sick Balance | | 8.00 |
| Vaction Balance | | 20.00 |

### Important Notes

COMPANY PH#:+1 954 581 0922

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Taxable Marital Status:
  CA: Married
Exemptions/Allowances:
  CA: 2

---

SHASTA BEVERAGES, INC
8100 SW 10TH ST
SUITE 4000
FORT LAUDERDALE, FL 33324

Deposited to the account of
JAHANGIR W AHMAD

Advice number: 00000070108
Pay date: 02/16/2024

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0539 | xxxx xxxx | $1,127.05 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**