Emil Davtyan, Esq. (#299363)
Gregg Lander, Esq. (#194018)
Vanessa M. Ruggles, Esq. (#254031)
Taylor B. Keaster, Esq. (#334715)
D.LAW, INC.
1635 Pontius Avenue, Floor 2
Los Angeles, CA 90025-3361
Tel.: (424) 320-6420 / Fax: (424) 320-6454
Emails: Emil@d.law, Gregg@d.law,
Vanessa@d.law, Taylor@d.law

Attorneys for Plaintiff Jahangir W. Ahmad,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR W. AHMAD, on behalf of himself and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>SHASTA BEVERAGES, INC., a Delaware corporation; and Does 1 to 50, inclusive,<br><br>         Defendants. | **CLASS ACTION**<br><br>Case No. 2:25-cv-00212-GW-MAA<br><br>**PROOF OF SERVICE**<br><br>Date: February 20, 2025<br>Time: 8:30 a.m.<br><br>Honorable George H. Wu<br>Courtroom 9D<br><br>Action filed: November 18, 2024<br>Trial date: None Set |

///
///
///

- 1 -
**PROOF OF SERVICE**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 1635 Pontius Avenue, Second Floor, Los Angeles, CA 90025-3361, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document/s:

**PLAINTIFF'S BRIEF REGARDING SUBJECT MATTER JURISDICTION; DECLARATION OF JAHANGIR W. AHMAD IN SUPPORT**

on the interested parties in this action, addressed as follows:

*Attorneys for Defendant Shasta Beverages, Inc.:*

Carter L. Norfleet, Esq.
Spencer Hamer, Esq.
K&L Gates, LLP
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Tel.: (310) 552-5077
Emails: Carter.Norfleet@klgates.com
   Spencer.Hamer@klgates.com

using the following service method:

__**X**__ **VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the above interested parties.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **February 7, 2025**, at Los Angeles, California.

__/s/ Cindy Rivas__
**Cindy Rivas**