GENE RYU, Bar No. 209104
Gene.Ryu@klgates.com
CARTER L. NORFLEET, Bar No. 318152
Carter.Norfleet@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5000
Fax No.:    310.552.5001

GREGORY T. LEWIS, Bar No. 323679
Greg.Lewis@klgates.com
K&L GATES LLP
2801 Vía Fortuna, Suite 650
Austin, TX 78746
Telephone: 512.482.6800
Fax No.:    512.482.6859

Attorneys for Defendant,
SHASTA BEVERAGES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR W. AHMAD, on behalf of himself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MARIA IGLESIAS IN SUPPORT OF DEFENDANT SHASTA BEVERAGES, INC.'S BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION**<br><br>[28 U.S.C. §§ 1332(a), 1441, & 1446]<br><br>Los Angeles Superior Court Case No. 24STCV30350 (*originally filed in County of Los Angeles Superior Court on November 18, 2024*) |

## **DECLARATION OF MARIA IGLESIAS**

I, Maria Iglesias, hereby declare and state as follows:

1. I am the Senior Payroll Supervisor for Defendant Shasta Beverages, Inc. ("Shasta"), a Delaware corporation with a principal place of business in Florida. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge or based on my review of documents created and kept in the regular course of Shasta's business, and if called and sworn as a witness, I could and would competently testify thereto.

2. As Shasta's Senior Payroll Supervisor, I am familiar with and knowledgeable as to Shasta's business organization. I am also familiar with and have reviewed personnel information, including wage rates and dates of hire and separation, relating to Plaintiff Jahangir Ahmad and the approximately 400 other California, non-exempt employees he purports to represent in the putative class. Specifically, I relied on Shasta's payroll records from November 18, 2020 to present and Mr. Ahmad's time and pay records in arriving at the conclusions herein.

3. Mr. Ahmad was employed by Shasta from approximately June 5, 2023 through April 10, 2024. Throughout his employment with Shasta, Mr. Ahmad's address on file was in the city of Riverside, California.

4. Mr. Ahmad worked an average of 45.57 hours per week.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on ____2/7/2025____, at Plantation, Florida.

Signed by:
*Maria Iglesias*
Maria Iglesias