## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-212-GW-MAAx | Date | July 31, 2025 |
|---|---|---|---|
| Title | *Jahangir W. Ahmad, et al. v. Shasta Beverages, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Arsine Grigoryan | Gene Ryu |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND TO STATE COURT [27]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [27] was issued on July 29, 2025 [34]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Plaintiff's Motion.

Court and counsel discuss scheduling. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to August 29, 2025. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court. A hearing on Plaintiff's motion for class certification is set for February 26, 2025 at 8:30 a.m. The parties may stipulate to the briefing schedule, except the reply, which is due by February 12, 2026.

| | : | 12 |
|---|---|---|
| | Initials of Preparer | JG |