David Yeremian, Esq. (SBN 226337)
Arsiné Grigoryan, Esq. (SBN 319517)
**D.LAW, INC.**
450 North Brand Boulevard, Suite 840
Glendale, California 91203
Tel.: (818) 962-6465
Fax: (818) 962-6469
Emails: D.Yeremian@d.law
         A.Grigoryan@d.law

*Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR W. AHMAD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., a Delaware corporation; and Does 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00212-GW-MAA<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF UNAVAILABILITY**<br><br>Honorable George H. Wu<br>Courtroom 9D<br><br>Action filed: November 18, 2024<br>Trial date: None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that David Yeremian, Arsiné Grigoryan, and D. Law, Inc. attorneys of record for Plaintiff Jahangir W. Ahmad ("Plaintiff") and the putative class in this action, will be out of the office and unavailable for all purposes, including, but not limited to, receiving or responding to notices of any kind, receiving or responding to correspondence of any kind, responding to *ex parte* applications, appearing in Court, or attending depositions from December 22, 2025 through January 3, 2026.

As our office will be closed during that time, no other member of Plaintiff counsel's firm, D.Law, Inc. can attend court hearings, draft pleadings, respond to motions, respond to discovery request, or attend depositions in this matter.

We are filing this Notice of Unavailability with as much advance notice as possible. As of the date of execution hereof, the undersigned is aware of nothing calendared by way of hearings or depositions pertaining to this case for said period and therefore asserts that there appears to be no prejudice to any party as a result of this Notice of Unavailability of Counsel.

All parties are urged to review the case of *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299, regarding the availability of sanctions for purposefully scheduling a proceeding in conflict with the above dates without good cause.

Dated: September 25, 2025                             **D.LAW, INC.**

                                                By:   *s/ Arsiné Grigoryan*
                                                       Arsiné Grigoryan, Esq.

                                                       *Attorneys for* Plaintiff