Arsiné Grigoryan (SBN 319517)
a.grigoryan@d.law
Aram Boyadjian (SBN 334009)
a.boyadjian@d.law
**D.LAW, INC.**
250 N. Madison Ave., 2nd Floor
Pasadena, California 91101
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

*Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR W. AHMAD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., a Delaware corporation; and Does 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00212-GW-MAA<br><br>[~~PROPOSED~~] **ORDER**<br><br>Honorable George H. Wu<br>Courtroom 9D<br><br>Action filed: November 18, 2024<br>Trial date: None Set |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Pursuant to the attached stipulated protective order, and good cause shown, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED**.

Dated: ___March 3, 2026_____        _____

Honorable Maria A. Audero

United States Magistrate Judge

1

[PROPOSED] ORDER