JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAHANGIR W. AHMAD,

Plaintiff,

v.

SHASTA BEVERAGES, INC., et al.,

Defendants.

Case No. CV 25-212-GW-MAAx

**ORDER TO DISMISS**

Based upon the stipulation [59] between the parties and their respective counsel, it is hereby ORDERED that Plaintiff's class and representative PAGA claims shall be dismissed without prejudice; Plaintiff's individual wage-and-hour and individual PAGA claims shall be dismissed with prejudice; and Each Party shall each bear their own attorneys' fees and costs relating to this action except as otherwise agreed to by the Parties.

IT IS SO ORDERED.

Dated: November 6, 2026

George H. Wu

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE